### 7738.  Jones *v.* Wester.

Attachment; from municipal court of Macon—Judge Chambers.  July 24, 1916.

*H. F. Strohecker,* for plaintiff in error.   *C. H. Garrett,* contra.

---

### 7742.  Napier *v.* Southern States Fire &c. Insurance Co.

Jenkins, J.  Under the ruling in *American Life &c. Insurance Co.* v. *Quarterman,* ante, 798, the Court of Appeals is without jurisdiction to hear and determine this case, and the writ of error must be
Dismissed.  <i>Broyles, P. J., and Bloodworth, J., concur.</i>
Decided May 3, 1917.

Action on policy; from municipal court of Macon—Judge Chambers.  July 20, 1916.

*Ryals & Anderson, B. S. Deaver,* for plaintiff in error.
*E. C. Powers,* contra.

---

### 7748.  Smith *v.* Georgia Packing Company.

Broyles, P. J.  Under the ruling in *American Life &c. Insurance Co.* v. *Quarterman,* ante, 798, the Court of Appeals is without jurisdiction to hear and determine this case, and the writ of error must be
Dismissed.  <i>Jenkins and Bloodworth, JJ., concur.</i>
Decided May 3, 1917.

Complaint; from municipal court of Macon—Judge Chambers.  July 21, 1916.

*R. K. Hines, Augustin Daly,* for plaintiff in error.
*Will Gunn, Charles Huguley,* contra.